# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

07-1334 (PG)

| United States District Court | District |
|---|---|

| Name (under which you were convicted): Hector Jimenez Torres | Docket or Case No.: 00-CR-098-04 (PS) |
|---|---|

| Place of Confinement: U.S. Penitentiary Allenwood | Prisoner No.: 23133-038 |
|---|---|

| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
|---|---|
| v. | Hector Jimenez Torres |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   United States Dostrict Court for the District of Puerto Rico

   (b) Criminal docket or case number (if you know): 00-CR-098-04 (PS)

2. (a) Date of the judgment of conviction (if you know): August 6, 2002

   (b) Date of sentencing: 12/18/2002

3. Length of sentence: 20 Yrs Count One; Life as to Count Two

4. Nature of crime (all counts): Interference with commerce by threats or violence Vioent Crime where death occurs 18 U.S.C. §§ 1951 924(j) and 2

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? None N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:

(a) Name of court: _United States Court of Appeals for the First Circuit_

(b) Docket or case number (if you know): _03-1138_

(c) Result: _Affirmed/Denied_

(d) Date of result (if you know): _unknown_

(e) Citation to the case (if you know): _435 F.3d 3 (2006)_

(f) Grounds raised: Whether Burglary of private home of a homeowner engaged in interstate business is sufficient to create a federal crime. Whether life imprisonment under 18 U.S.C. § 924(j) was improper under the facts of the case when there are three statutes charged in Count Two, two of which offered two different sentencing schemes and there is no jury indication that their conviction relied on the aggravated statute; Whether the Court erred in curtailing appellants cross examination; whether the sentencing Court impermissably delegated authority to the Probation Officer.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _____

_____

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _____

(5) Grounds raised: _N/A_

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ☐   No ☑

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ None _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ☐   No ☐

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1) First petition:    Yes ☐   No ☑

(2) Second petition:    Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly

why you did not: _____ N/A _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: Lack of jurisdiction _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Evidence presented at trial differed of that charged in the indicment.

Movant has prepared a proper motion and memorandum of law, however, the Special

Investigative Unit has confiscated his motion and memorandum of law and is

being held pending investigation and conclusion, movant thus reserves the right

to submit those pleadings when returned.

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☑ & No ☐

  (2) If you did not raise this issue in your direct appeal, explain why: Counsel did raise a

claim, however, not under the same challenge or issue _____

_____

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐  No ☑

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND TWO: ___Lack of Subject matter jurisdiction___

    ___See U.S. v. Jimenez-Torres, at 13, Torruella, Cir. Judge___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    ___Honorable Torruella's seperate writing, is movant's claim___

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____ N/A _____

**(c) Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐   No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed: _____ N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐   No ☒        N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐   No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ N/A _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

_____

_____

_____

GROUND THREE: _Ineffective assistance of counsel_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____Failure to present the aforereferenced claims on direct appeal as

subject matter jurisdiction.  And failed to advise movant of his right to

to present the claims on address before the Supreme Court under the pertenent

rules.  The record support the claim

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐    No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: ___Ineffective assistance

   of counsel for failing to raise on direct appeal _____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐    No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____ N/A _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ N/A _____

_____

GROUND FOUR: ___Insufficiency of the evidence to sustain conviction___
__as to both counts in the indictment.__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   _See U.S. v. Jimenez Torres, 435 F.3d at 13 Torruella's seperate writing_
   _as supporting facts_

_____

(b)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: ___Because of ineffective___
___assistance of counsel. See Jimenez Torres, Id. at 13-15.___

(c)  **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: ___Ineffective assistance of counsel_____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?

If so, which ground or grounds have not been presented, and state your reasons for not

presenting them: _____none of the grounds have been presented in a court

due to ineffective assistance of counsel_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court

for the judgment you are challenging?      Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of

proceeding, and the issues raised. _____|_____

_____|_____

_____|_____

_____|_____

_____|_____

15. Give the name and address, if known, of each attorney who represented you in the following

stages of the judgment you are challenging:

(a) At preliminary hearing: ___John Ward Llambias_____

_____

(b) At arraignment and plea: __John Ward Llambais_____

_____

(c) At trial: __John Ward Llambias P.O. Box 6221 Loiza Station San Juan PR__
00914

(d) At sentencing: John Ward Llambias_____

_____

(e) On appeal: Marlene Aponte-Cabrera, Aponte Cabrera Law Offices MSC 128,
Sierra Morena 271 Las Cumbres   San Juan, PR 00926

(f) In any post-conviction proceeding: _____ None _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____ None _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N/A _____

(b) Give the date the other sentence was imposed: _____ None _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* This motion may be one day over the one year limitation period. however, under the mail box rule. Movant would note that the reason the instant motion may be late by a day or days is that his timely prepared motion and memorandum of law was confiscated by the Special Investigations Staff Unit at the Institution, in that it was found in the possession of a legal clerk in the law library who the SIS placed in the segregation housing Unit under investigation for an alleged infration of Institutional rules or regulations, which have nothing to do with movant's motion or legal documents, however, movant was advised and informed that he will not be getting his appeal papers until completion of their investigation.
      Thus, there is created a government impediment in the filing of his § 2255 motion.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: __vacation of the__

__Sentence and conviction.__

_____

or any other relief to which movant may be entitled.

X _____

~~Signature of Attorney (if any)~~

Movant pro se    23/33-038

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct

and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __4/__

__9/2007_____ (month, date, year).

Executed (signed) on __4/9/2007_____ (date).

X _____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not

signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

# CERTIFICATE OF SERVICE

I, *Hector Jimenez Torres*, hereby certify that I have served a true and correct copy of the foregoing:

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this *4-9* day of *2007*,

Respectfully Submitted,

*Hector Jimenez Torres*

REG. NO. *23133-038*